AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Ho, James C. | 2. Court or Organization  U.S. Court of Appeals for the Fifth Circuit | 3. Date of Report  05/12/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)  ☐ Nomination       Date  ☐ Initial    ☑ Annual    ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2020  **to**  12/31/2020 |

**7. Chambers or Office Address**

1100 Commerce Street
Suite 1264
Dallas, TX 75242-1310

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   President | James C. Ho, P.C. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Gibson Dunn and Crutcher, LLP - Partnership Income |
| 2. 2020 | Alliance Defending Freedom Academy - Honoraria, $3,000 |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NDTX Bench/Bar Conference | 01/10/2020 | Las Colinas, TX | Conference Attendee | Parking |
| 2. | Vanderbilt Law School | 02/06/2020 | Nashville, TN | Moot Court | Travel Expenses |
| 3. | Federalist Society, University of Chicago Law School | 02/11/2020 | Chicago, IL | Speaker | Travel Expenses |
| 4. | Federalist Society, University of Virginia Law School | 02/25/2020 | Charlottesville, VA | Speaker | Travel Expenses |
| 5. | Heritage Foundation | 02/26/2020 | Washington, DC | Speaker | Travel Expenses |

| 6. | Alliance Defending Freedom | 7/31/2020 | Leesburg, VA | Speaker (Allyson) | Travel Expenses (spouse expenses not reimbursed) |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 05/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. CitiBank Cash Checking Account | A | Interest | J | T | | | | | |
| 2. CitiBank Cash Savings Account | B | Interest | K | T | | | | | |
| 3. Wells Fargo Cash Savings Account | A | Interest | J | T | | | | | |
| 4. IRA #1 | | | | | | | | | |
| 5. Schwab Gov't Money Fund | A | Int./Div. | J | T | | | | | |
| 6. DFA Global Real Estate | B | Dividend | L | T | | | | | |
| 7. Schwab US REIT ETF | B | Dividend | L | T | | | | | |
| 8. DFA Int'l Core Equity | C | Dividend | M | T | | | | | |
| 9. DFA US Core Equity 2 | D | Dividend | N | T | | | | | |
| 10. DFA Micro Cap | A | Dividend | M | T | | | | | |
| 11. DFA Emerging Mkts Core | A | Dividend | | | Sold | 08/19/20 | K | A | |
| 12. DFA US Targeted Value | A | Dividend | L | T | Buy<br>(add'l) | 08/28/20 | K | | |
| 13. Schwab Total Stock Market | A | Dividend | J | T | Sold<br>(part) | 10/28/20 | J | A | |
| 14. IRA #2 | | | | | | | | | |
| 15. Schwab Gov't Money Fund | A | Int./Div. | J | T | | | | | |
| 16. DFA US Core Equity 2 | A | Dividend | K | T | Sold<br>(part) | 10/06/20 | J | A | |
| 17. DFA US Micro Cap | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. DFA Int'l Small Cap Value | A | Dividend | K | T | | | | | |
| 19. Schwab US REIT ETF | A | Dividend | J | T | | | | | |
| 20. Base Rate Fund QP LP | A | Dividend | M | T | | | | | |
| 21. Schwab Total Stock Market | A | Dividend | J | T | Buy | 10/06/20 | J | | |
| 22. IRA #3 (A) (H) | | | | | | | | | |
| 23. Schwab Gov't Money Fund | A | Int./Div. | J | T | | | | | |
| 24. DFA US Targeted Value | C | Dividend | M | T | Buy<br>(add'l) | 08/28/20 | K | | |
| 25. DFA US Micro Cap | A | Dividend | M | T | Buy<br>(add'l) | 08/19/20 | K | | |
| 26. DFA US Core Equity 2 | C | Dividend | M | T | Buy<br>(add'l) | 08/28/20 | L | | |
| 27. Vanguard HY Corp | C | Dividend | | | Sold | 08/28/20 | M | A | |
| 28. Schwab US REIT ETF | A | Dividend | K | T | Buy<br>(add'l) | 08/19/20 | J | | |
| 29. | | | | | Buy<br>(add'l) | 11/23/20 | J | | |
| 30. DFA Emerging Mkts Core Equity | A | Dividend | | | Sold | 08/19/20 | K | A | |
| 31. DFA Global Real Estate | A | Dividend | K | T | | | | | |
| 32. DFA Intl Core Equity | B | Dividend | L | T | Buy<br>(add'l) | 01/28/20 | J | | |
| 33. DFA Intl Small Cap Value | A | Dividend | K | T | | | | | |
| 34. Dodge & Cox Intl Stock | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Schwab Total Stock Mkt | B | Dividend | M | T | | | | | |
| 36. IRA #4 (A) (H) | | | | | | | | | |
| 37. DFA Gbl Real Estate | A | Dividend | K | T | | | | | |
| 38. DFA US Core Equity 2 | B | Dividend | L | T | | | | | |
| 39. DFA US Micro Cap | A | Dividend | M | T | | | | | |
| 40. DFA US Targeted Value | B | Dividend | M | T | | | | | |
| 41. Schwab Intl Small Co Index | A | Dividend | J | T | | | | | |
| 42. Schwab Total Stock Market | A | Dividend | J | T | | | | | |
| 43. Palantir | | None | | | Open | 11/05/20 | L | | |
| 44. | | None | | | Sold | 12/22/20 | L | E | |
| 45. 401k #1 | | | | | | | | | |
| 46. Vanguard Target Retirement 2035 | | None | M | T | Buy | 10/15/20 | K | | |
| 47. Gibson Dunn Cash Balance Plan | | None | M | T | Open | 01/02/20 | M | | |
| 48. 529 #1 | | | | | | | | | |
| 49. American Funds Capital Income Builder | C | Dividend | L | T | Buy<br>(add'l) | 01/06/20 | J | | |
| 50. | | | | | Buy<br>(add'l) | 02/05/20 | J | | |
| 51. | | | | | Buy<br>(add'l) | 03/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 53. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 54. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 55. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 56. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 57. | | | | | Buy (add'l) | 09/08/20 | J | | |
| 58. | | | | | Buy (add'l) | 10/05/20 | J | | |
| 59. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 60. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 61. American Funds Capital World Growth & Income | B | Dividend | M | T | Buy (add'l) | 01/06/20 | J | | |
| 62. | | | | | Buy (add'l) | 02/05/20 | J | | |
| 63. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 64. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 65. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 66. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 67. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 68. | | | | | Buy (add'l) | 08/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 09/08/20 | J | | |
| 70. | | | | | Buy (add'l) | 10/05/20 | J | | |
| 71. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 72. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 73. American Funds Small Cap World | A | Dividend | K | T | Buy (add'l) | 01/06/20 | J | | |
| 74. | | | | | Buy (add'l) | 02/05/20 | J | | |
| 75. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 76. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 77. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 78. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 79. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 80. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 81. | | | | | Buy (add'l) | 09/08/20 | J | | |
| 82. | | | | | Buy (add'l) | 10/05/20 | J | | |
| 83. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 84. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 85. American Funds New World | A | Dividend | K | T | Buy (add'l) | 01/06/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 02/05/20 | J | | |
| 87. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 88. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 89. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 90. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 91. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 92. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 93. | | | | | Buy (add'l) | 09/08/20 | J | | |
| 94. | | | | | Buy (add'l) | 10/05/20 | J | | |
| 95. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 96. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 97.   American Funds Bond Fund of America | B | Dividend | L | T | Buy (add'l) | 01/06/20 | J | | |
| 98. | | | | | Buy (add'l) | 02/05/20 | J | | |
| 99. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 100. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 101. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 102. | | | | | Buy (add'l) | 06/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 104. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 105. | | | | | Buy (add'l) | 09/08/20 | J | | |
| 106. | | | | | Buy (add'l) | 10/05/20 | J | | |
| 107. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 108. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 109. American Funds Capital World Bond | A | Dividend | K | T | Buy (add'l) | 01/06/20 | J | | |
| 110. | | | | | Buy (add'l) | 02/05/20 | J | | |
| 111. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 112. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 113. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 114. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 115. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 116. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 117. | | | | | Buy (add'l) | 09/08/20 | J | | |
| 118. | | | | | Buy (add'l) | 10/05/20 | J | | |
| 119. | | | | | Buy (add'l) | 11/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Buy (add'l) | 12/05/20 | J | | |
| 121. 529 #2 | | | | | | | | | |
| 122. American Funds US Gov't Securities | | None | | | Sold | 06/02/20 | J | A | |
| 123. American Funds Capital Income Builder | C | Dividend | L | T | Buy (add'l) | 01/06/20 | J | | |
| 124. | | | | | Buy (add'l) | 02/05/20 | J | | |
| 125. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 126. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 127. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 128. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 129. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 130. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 131. | | | | | Buy (add'l) | 09/08/20 | J | | |
| 132. | | | | | Buy (add'l) | 10/05/20 | J | | |
| 133. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 134. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 135. American Funds Capital World Growth & Income | B | Dividend | M | T | Buy (add'l) | 01/06/20 | J | | |
| 136. | | | | | Buy (add'l) | 02/05/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 03/05/20 | J | | |
| 138. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 139. | | | | | Buy<br>(add'l) | 05/05/20 | J | | |
| 140. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |
| 141. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 142. | | | | | Buy<br>(add'l) | 08/05/20 | J | | |
| 143. | | | | | Buy<br>(add'l) | 09/08/20 | J | | |
| 144. | | | | | Buy<br>(add'l) | 10/05/20 | J | | |
| 145. | | | | | Buy<br>(add'l) | 11/05/20 | J | | |
| 146. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 147.  American Funds Small Cap World | A | Dividend | K | T | Buy<br>(add'l) | 01/06/20 | J | | |
| 148. | | | | | Buy<br>(add'l) | 02/05/20 | J | | |
| 149. | | | | | Buy<br>(add'l) | 03/05/20 | J | | |
| 150. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 151. | | | | | Buy<br>(add'l) | 05/05/20 | J | | |
| 152. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |
| 153. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 155. | | | | | Buy (add'l) | 09/08/20 | J | | |
| 156. | | | | | Buy (add'l) | 10/05/20 | J | | |
| 157. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 158. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 159. American Funds New World | A | Dividend | K | T | Buy (add'l) | 01/06/20 | J | | |
| 160. | | | | | Buy (add'l) | 02/05/20 | J | | |
| 161. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 162. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 163. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 164. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 165. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 166. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 167. | | | | | Buy (add'l) | 09/08/20 | J | | |
| 168. | | | | | Buy (add'l) | 10/05/20 | J | | |
| 169. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 170. | | | | | Buy (add'l) | 12/07/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. American Funds Bond Fund of America | B | Dividend | L | T | Buy (add'l) | 01/06/20 | J | | |
| 172. | | | | | Buy (add'l) | 02/05/20 | J | | |
| 173. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 174. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 175. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 176. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 177. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 178. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 179. | | | | | Buy (add'l) | 09/08/20 | J | | |
| 180. | | | | | Buy (add'l) | 10/05/20 | J | | |
| 181. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 182. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 183. American Funds Capital World Bond | A | Dividend | K | T | Buy (add'l) | 01/06/20 | J | | |
| 184. | | | | | Buy (add'l) | 02/05/20 | J | | |
| 185. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 186. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 187. | | | | | Buy (add'l) | 05/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |
| 189. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 190. | | | | | Buy<br>(add'l) | 08/05/20 | J | | |
| 191. | | | | | Buy<br>(add'l) | 09/08/20 | J | | |
| 192. | | | | | Buy<br>(add'l) | 10/05/20 | J | | |
| 193. | | | | | Buy<br>(add'l) | 11/05/20 | J | | |
| 194. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 195. Brokerage Account #1 | | | | | | | | | |
| 196. Schwab Muni Money Fund | A | Interest | K | T | | | | | |
| 197. DFA Emerging Markets Small | C | Dividend | M | T | Buy<br>(add'l) | 01/28/20 | K | | |
| 198. | | | | | Sold<br>(part) | 03/25/20 | M | A | |
| 199. | | | | | Buy<br>(add'l) | 04/29/20 | M | | |
| 200. | | | | | Buy<br>(add'l) | 07/24/20 | J | | |
| 201. DFA Int'l Small Value | B | Dividend | L | T | Buy<br>(add'l) | 11/23/20 | K | | |
| 202. DFA US Micro Cap | B | Dividend | | | Sold | 08/19/20 | K | B | |
| 203. DFA US Core Equity 2 | B | Dividend | M | T | Sold<br>(part) | 03/25/20 | N | A | |
| 204. | | | | | Buy<br>(add'l) | 04/29/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 07/24/20 | K | C | |
| 206. | | | | | Sold (part) | 08/19/20 | J | C | |
| 207. DFA US Core Equity 1 | | None | | | Buy | 03/25/20 | N | | |
| 208. | | | | | Sold | 04/29/20 | N | F | |
| 209. DFA Int'l Core Equity | A | Dividend | J | T | | | | | |
| 210. Dodge & Cox International | A | Dividend | M | T | Sold (part) | 07/24/20 | J | A | |
| 211. DFA Emerging Markets Core | | None | | | Sold | 03/25/20 | L | A | |
| 212. Schwab Total Stock Market | B | Dividend | L | T | | | | | |
| 213. DFA US Targeted Value | A | Dividend | | | Sold | 08/19/20 | J | A | |
| 214. American Funds New World | A | Dividend | M | T | Buy (add'l) | 03/25/20 | M | | |
| 215. | | | | | Sold (part) | 04/29/20 | M | D | |
| 216. | | | | | Buy (add'l) | 08/19/20 | K | | |
| 217. MetLife Group Variable Universal Life Insurance; Cash Value | | None | N | T | | | | | |
| 218. Fidelity Variable Insurance Freedom 2040 Portfolio | A | Dividend | M | T | | | | | |
| 219. Trust #1 (H) | | | | | | | | | |
| 220. Schwab Gov't Money Fund | A | Dividend | J | T | | | | | |
| 221. Alternative Investments #1 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  Goldcrest Capital, LP | | None | N | T | | | | | |
| 223.  CSOP Palantir III, LP (f/k/a Goldcrest Palantir III, LP) | | None | M | T | | | | | |
| 224.  Goldcrest Capital Fund II-B, LP | | None | L | T | | | | | |
| 225.  Goldcrest Capital Mercury SPV, LLC | | None | L | T | Buy | 07/29/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ho, James C.** | 05/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 05/12/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ James C. Ho**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544